IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3067 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MANUEL AVILA-CORTES, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the government,

IT IS ORDERED that Defendant Avila-Cortes' sentencing is rescheduled to Friday, June 30, 2006, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

June 16, 2006.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge